UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 11 CR 857 (WFK) |
| WILBER BAIRES, *et al.* | : | NOTICE OF MOTION |
| Defendants. | : | ORAL ARGUMENT REQUESTED |

-----------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the attached affidavit and exhibits, the accompanying Memorandum of Law, and all prior papers and proceedings, defendant JOSE CELESTINO GUILLEN-RIVAS will move this Court before the Honorable William F. Kuntz, II, United States District Court Judge, on _____, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, for an Order:

(1)     pursuant to Fed. R. Crim. Pro. 12(b)(3)(A) and (D), granting a severance of counts and defendants;

(2)     pursuant to Fed. R. Crim. Pro. 12(b)(3)(C), suppressing post-arrest statements on the ground that they were obtained in violation of the United States Constitution;

(3)     granting relief pursuant to motions submitted on behalf of co-defendants, in which we join to the extent applicable; and

(4)     granting such other and further relief as the Court may deem just and proper.

Yours, etc.


/s/
Jeremy Gutman
233 Broadway, Suite 2707
New York, New York 10279
(212) 644-5200
*Attorney for Defendant*
*Jose Celestino Guillen-Rivas*